# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 18, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

140263(13)

IN RE CERTIFIED QUESTION FROM THE
UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MICHIGAN.
_____

KAREN WAESCHLE,
            Plaintiff,

v

OAKLAND COUNTY MEDICAL EXAMINER,
and OAKLAND COUNTY,
            Defendants.
_____

SC: 140263
US Dist: 08-10393

On order of the Chief Justsice, the motion by plaintiff-appellant for extension to July 9, 2010 of the time for filing her reply brief is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 18, 2010

_____
Clerk